810

No. 81–2049. UNITED STATES v. ARMIJO-MARTINEZ ET AL. C. A. 6th Cir. Motions of respondents Carlos Armijo-DeLeon and Carlos Armijo-Martinez for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Valenzuela-Bernal*, 458 U. S. 858 (1982).

No. 81–2189. COUNTY OF LOS ANGELES v. JORDAN. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *General Telephone Co. of Southwest* v. *Falcon*, 457 U. S. 147 (1982). JUSTICE WHITE dissents.

No. 81–2283. WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND v. MUSIC. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *UMWA Health & Retirement Funds* v. *Robinson*, 455 U. S. 562 (1982). JUSTICE WHITE and JUSTICE BLACKMUN dissent and would deny certiorari.

No. 81–6713. BRITT v. SIMI VALLEY UNIFIED SCHOOL DISTRICT ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Patsy* v. *Florida Board of Regents*, 457 U. S. 496 (1982).

No. — – ——. FOWLER v. TUCKER. Motion to direct the Clerk to file the petition for writ of certiorari denied.

No. — – ——. SUMNER ET AL. v. UNITED STATES. Motion to direct the Clerk to file the petition for writ of certiorari denied.